United States District Court
Northern District of Oklahoma

FILED
DEC 09 2020
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Tim Fredrickson,
    plaintiff.
v.
Attorney General (USA),
Regional Director (FBOP)
Warden of Cimarron
    Defendants

No. 20CV-646 CVE-CDL

(complaint)

1) I am under imminent threat of repetitious physical injury, and am also subject to a 1 in 10 chance of death.

2) I arrived at Cimarron Correctional Facility in Cushing Oklahoma on Nov-19-2020 with 150 inmates, at least 8 of which tested positive for COVID by Nov-30-2020.

3) The contageous detainees:
   a) Flew with me on con-air from Rockford Illinois to OKC,
   b) rode with me the 90-minute trip from OKC to Cimarron, on a short bus packed with 48 people shoulder-to-shoulder with the windows up
   c) were housed on the same pod as I and 92 others for 11-days.

4) There are other untested and contageous inmates exposing me to COVID daily.

5) At no point prior to arriving at Cimarron was I tested for covid, nor did I see anyone else get tested at any point. At least 6 inmates, including pretrial detainees, have attested to the same facts. See attached Affidavit (Exhibit A). In fact, I have never been tested during the pandemic.

✓ Mail   ___ No Cert Svc   ___ No Orig Sign
___ C/J   ___ C/MJ   ___ C/Ret'd   ___ No Env
___ No Cpys   ✓ No Env/Cpys   ___ O/J   ___ O/MJ

6) At every juncture, convicts are expected to abide by the honor system and self-report any symptoms, knowing that maximum isolation and solitary confinement will result.

7) Asymtomatic detainees and those not yet showing symptoms cannot self-report symptoms.

8) All measures short of actual antigen tests are fundamentally flawed and continue to result in a catastrophic failure to protect, as evidenced by positive tests taken only when leaving Cimarron — case and point — screening does not work and is a facade.

9) Since arriving at Cimarron, I have seen approx 20 similarly untested detainees enter my pod, increasing my risk of exposure and possible death.

10) Cimarron aquired it's Federal contract in Sept. 2020, and on a facility-wide scale moved 500 inmates in and out it's first week of operation, and on average moves upwards of 250 similarly untested detainees per week from around the country.

11) The Regional Director and Attorney General negligently pressed an understaff and unprepared Cimarron into service 3-months ahead of schedual, showing a deliberate and callous disregard for my health through the following:
   a) I was designated to FCI-CEA prior to arriving in Oklahoma, and could have transfered directly there without having contact.
   b) I could have waited at Mercer County until bed-space was availible at CEA.
   c) Either could have required anigen tests at every juncture, just like most state DOC's currently do.

## Relief

costs of suit and resonable attorney fees, any relief,

## Certification

I declare under penalty of perjury that the above is true and correct.

/s/ Tim Fred
Dec/1/2020

# Affidavit

State of Oklahoma     S.S.
County of Payne

I certify under penalty of perjury that I did not take an antibody/antigen test in preparation for, nor at any point between, leaving my home state and arriving at Cimarron.

I, Brandon Buchanan left Sherburne County Jail in Minnesota.
/S/ [signature] 11/30/2020

I Shaun Hooks left Muscatine County Jail in Iowa
[signature] 11-30-20

Samuel [illegible] Sherburne county MN

I Zach Clark left Muscatine County Jail in Iowa. In contrast, I observed "all" state inmates take the actual test before they left for the state classification and designation center. [signature]

I Dallas Condon left Winner Jail SD, Dallas Condon 12-1-2020

I Chris Niederkorn left Sherburne County in Elk River Minnesota [signature] 12-1-20

I Tim Fredrickson left Mercer County Jail in Illinois. In contrast, I observed all state inmates take the actual test before they left for the state designation center. /s/ Tim Fred Dec/1/2020

Tim Fredrickson
3200 S. Kings Hwy
Cushing, OK. 74623

RECEIVED
DEC 09 2020
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

U.S. POSTAGE >> PITNEY BOWES
ZIP 74023 $ 000.50⁰
02 4W
0000359298 DEC. 02 2020

TULSA OK 740
2 DEC 2020 PM 3 L

Clerk of Court
333 West Fourth Street
Tulsa, OK. 74103

CONFIDENTIAL

74103-383999

Legal Mail

This correspondence is from an offender at Cimarron Correctional facility is not responsible for substance or content.